UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

NORMAN VINCENT MILNER SR.  ) ED CV 12-388-SH
)
        Plaintiff,  ) JUDGMENT
  v.  )
)
MICHAEL J. ASTRUE,  )
Commissioner of Social Security  )
Administration,  )
)
        Defendant.  )
_____ )

    IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g)

DATED: October 30, 2012

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE