/Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN VINCENT MILNER, SR., ) | |
| ) | CASE NO.: 5:12-cv-00388-PA-SH |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER AWARDING |
| MICHAEL J. ASTRUE, ) | EAJA FEES |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) subject to the terms of the stipulation.

DATED:  November 19, 2012     _____
HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-